**1**

AMERICAN ELECTRIC RABBIT RACING ASSOCIATION, Inc., New Orleans Kennel Club, Inc., G. W. Heintz, I. B. Rennyson, Charles A. Cody, Jr., and Vic J. Passera, Appellants, v. Owen P. SMITH (Hannah M. Smith, Administratrix of the Estate of Owen P. Smith, Deceased), Appellee.

Circuit Court of Appeals, Fifth Circuit.
May 28, 1928.

Rehearing Denied July 10, 1928.

No. 5189.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Paul Bakewell, of St. Louis, Mo., and Nat W. Bond, of New Orleans, La. (Haight, Adcock, Haight & Harris, of Chicago, Ill., and W. J. Gex, of Bay St. Louis, Miss., on the brief), for appellants.

E. Howard McCaleb, of New Orleans, La. (John E. Sater, of Columbus, Ohio, and C. Arthur Anderson, of St. Louis, Mo., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. This is an appeal from an interlocutory decree holding that United States letters patent Nos. 1,379,- 224, 1,507,440, and 1,507,439, granted to Owen P. Smith for improvements in certain paraphernalia used for dog racing, were infringed by defendants, granting an injunction and referring the case to a master for an accounting.

The patents in suit and the infringing devices are fully described in the opinion of the District Court (21 F.[2d] 366), and the facts need not be repeated. We agree with the conclusions of the District Court.
Affirmed.

**2**

AMERICAN FEDERATION OF EXPRESS WORKERS et al., Plaintiffs Appellants, v. AMERICAN RAILWAY EXPRESS COMPANY et al., Defendants Appellees.

Circuit Court of Appeals, Second Circuit.
June 25, 1928.

No. 360.

Appeal from the District Court of the United States for the Southern District of New York.

Peter L. F. Sabbatino, of New York City, for appellants.

Albert M. Hartung, of New York City, for appellees.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

**3**

RHEINSTROM BROTHERS CO., Libelant Appellee, v. Steamship ANSALDO SAN GIORGIO I, Her Engines, etc.; Societa Nazionale Di Navigazione, Claimant Appellant.

Circuit Court of Appeals, Second Circuit.
June 4, 1928.

No. 320.

Appeal from the District Court of the United States for the Southern District of New York.

Loomis & Ruebush, of New York City, for appellant.

Bigham, Englar & Jones, of New York City (Oscar R. Houston and Ezra G. Benedict Fox, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

**4**

Erie Railroad Company, Libelant Appellee, v. Steamship AYURUOCA, Her Engines, etc., Companhia de Navegacao Lloyd Brasileiro, Claimant Appellee, and Steam Tugs AGNES A. MORAN and MARGARET MORAN, their engines, etc., Moran Towing & Transportation Company, Inc., Respondent Impleaded and Claimant Appellant.

United States Lighterage Corporation, Libelant Appellee, v. Steamship AYURUOCA, Her Engines, etc., Companhia de Navegacao Lloyd Brasileiro, Claimant Appellee, and Steam Tugs AGNES A. MORAN and MARGARET MORAN, Their Engines, etc., Moran Towing & Transportation Company, Inc., Respondent Impleaded and Claimant Appellant.

Circuit Court of Appeals, Second Circuit.
June 25, 1928.

No. 333.

Appeals from the District Court of the United States for the Southern District of New York.

Purrington & McConnell, of New York City (Frank J. McConnell and James D. Brown, both of New York City, of counsel), for claimant Cia de Navegacao Lloyd Brasileiro.

Park, Mattison & Lynch, of New York City (Henry E. Mattison, of New York City, of counsel), for Erie R. Co.

William F. Purdy, of New York City, for U. S. Lighterage Corp., claimant of U. S. L. No. 1.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Moran Towing & Transportation Co., claimant respondent appellant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decrees affirmed.

---

**1**

BANK OF CZECHO-SLOVAK LEGIONS, Libelant Appellant, v. CIE HAVRAISE PENINSULAIRE, Respondent Appellee, and Algerian American Line, Inc., Respondent.

Circuit Court of Appeals, Second Circuit.
June 18, 1928.

No. 265.

Appeal from the District Court of the United States for the Southern District of New York.

Loomis & Ruebush, of New York City (Homer L. Loomis and Melvin R. Lane, both of New York City, of counsel), for appellant.

Joseph P. Nolan, of New York City (Roscoe H. Hupper and William J. Dean, both of New York City, of counsel), for respondent Compagnie Havraise Peninsulaire.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

---

**2**

Leo S. BING, Plaintiff in Error, v. Frank K. BOWERS, Collector of United States Internal Revenue, Defendant in Error.

Leo S. BING, Plaintiff in Error, v. Charles W. ANDERSON, Collector of United States Internal Revenue, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
June 18, 1928.

Nos. 322, 323.

In Error to the District Court of the United States for the Southern District of New York.

M. S. & I. S. Isaacs, of New York City (John W. Davis, Lewis M. Isaacs, and Blount Ralls, all of New York City, of counsel), for plaintiff in error.

Charles H. Tuttle, U. S. Atty., of New York City (Nathan R. Margold, Asst. U. S. Atty., of New York City, of counsel), for defendants in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgments affirmed, upon the opinion of Mack, J., below. 22 F.(2d) 450.

---

**3**

Phœnix Transit Company, Libelant Appellant, v. Steam Lighter C. BLAINE WARNER, Her Engines, etc.; Warner Sugar Refining Company, Claimant Appellee.

Circuit Court of Appeals, Second Circuit.
June 18, 1928.

No. 315.

Appeal from the District Court of the United States for the Southern District of New York.

Park, Mattison & Lynch, of New York City (Samuel Park and Anthony V. Lynch, Jr., both of New York City, of counsel), for appellant.

Bigham, Englar & Jones, of New York City (Leonard J. Matteson and Richard F. Shaw, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

---

**4**

Charles A. DEAN, Plaintiff in Error, v. EQUITABLE OFFICE BUILDING CORPORATION, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
May 21, 1928.

No. 293.

In Error to the District Court of the United States for the Southern District of New York.

Everett W. Bovard, of New York City, for plaintiff in error.

Ireland & Caverly, of New York City (F. A. W. Ireland, of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.